NDFL Prob 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V                                           Crim. No. 3:09CR00036-001

Robert McPherson

On February 22, 2008 the above named was placed on Supervised Release for a period of four years. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Robert McPherson be discharged from Supervised Release.

Respectfully submitted,

_____
Shea Stallings
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this _13th_ day of _October_, 20_11_.

_____
Lacey A. Collier
Senior United States District Judge

Rec'd 1013'11 USDcFlnGPM0329